[No. 28975-3-III.  Division Three.  December 13, 2011.]

JOEL K. FREUDENTHAL ET AL., *Respondents*, v. JUAN
GUTIERREZ ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 09-2-00578-7, Blaine G. Gibson, J., entered
April 9, 2010. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 29071-9-III.  Division Three.  December 13, 2011.]

*In the Matter of the Welfare of* WILLIAM G.M.

Appeal from a judgment of the Superior Court for Stevens
County, No. 06-7-00017-6, Allen Nielson, J., entered April 5,
2010. *Affirmed* by unpublished opinion per Korsmo, A.C.J.,
concurred in by Sweeney and Siddoway, JJ.

[No. 29418-8-III.  Division Three.  December 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. ELIZABETH JANE
HILLING, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 10-1-00164-3, John W. Lohrmann, J.,
entered September 7, 2010. *Affirmed* by unpublished opin-
ion per Korsmo, A.C.J., concurred in by Sweeney and
Brown, JJ.

[No. 29477-3-III.  Division Three.  December 13, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE FLORES,
*Appellant*.

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 08-1-03317-2, Annette S. Plese, J., entered
October 7, 2010. *Affirmed* by unpublished opinion per
Kulik, C.J., concurred in by Brown and Siddoway, JJ.